1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6996
7  FAX: (415) 436-6748
8  Attorneys for Defendant

*APPROVED — Judge James Ware* (stamp)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, <br><br>   Plaintiff, <br><br>   v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br>   Defendant. | No. C 06-3302 JW RS <br><br> **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties hereto, through their undersigned counsel, that Defendant's time within which to answer the complaint is extended 45 days, from September 15, 2006 to October 30, 2006.  This stipulation will not alter the date of any event or any deadline already fixed by Court order.

DATED: August 18, 2006              Respectfully submitted,

                                    KEVIN V. RYAN
                                    United States Attorney


                                    _____/s/_____
                                    STEVEN J. SALTIEL

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT
No. C 06-3302 JW RS

1
2  DATED: August 18, 2006                    Assistant United States Attorney
                                             HOOPER, LUNDY & BOOKMAN, INC.
3
4                                            _____/s/_____
                                             JON P. NEUSTADTER
5                                            Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT
No. C 06-3302 JW RS