| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEVEN J. SALTIEL (CSBN 202292)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6996 |
| 7 | FAX: (415) 436-6748 |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>    Defendant. | No. C 06-3302 JW RS<br><br>**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, pursuant to Civil L.R. 7-12 and 16-2(e), through their undersigned counsel, that the initial Case Management Conference, currently scheduled for October 16, 2006, be continued until December 18, 2006 at 10:00 a.m., and that the related deadlines be continued as set forth below. A proposed order is submitted herewith. This joint request is based on the following:

1. This action was commenced on May 19, 2006. Defendant was served on July 17, 2006. The complaint seeks judicial review of a decision by the Secretary of Health and Human Services based upon an administrative record.

\\

STIPULATION REQUESTING CONTINUANCE
No. C 06-3302 JW RS

| | |
|---|---|
| 1 | 2. On August 18, 2006, the parties submitted a stipulation, pursuant to Civil L.R. 6-1(a), |
| 2 | extending the defendant's time to answer the complaint until October 30, 2006.  On September |
| 3 | 18, 2006, this Court approved the August 18, 2006 Stipulation. |
| 4 | 3. Pursuant to Fed. R. Civ. P. 26(a)(1)(E)(i), this case is exempt from initial disclosure |
| 5 | requirements.  As an action for review on an administrative record, the parties anticipate that the |
| 6 | case will be resolved through a motion and cross-motion for summary judgment to be heard |
| 7 | pursuant to a mutually agreeable briefing and hearing schedule, subject to the Court's approval. |
| 8 | 4. The parties jointly seek a continuance that allows for a sufficient amount of time after the |
| 9 | filing of the answer to consider, and meet and confer on, the identification of issues in the case |
| 10 | and an appropriate briefing schedule.  Accordingly, the parties respectfully request that the Court |
| 11 | continue the initial Case Management Conference and related deadlines as follows: |

November 27, 2006: Last day to meet and confer regarding early settlement and ADR process selection; file ADR Certification; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

December 11, 2006: File Joint Case Management Statement.

December 18, 2006: Initial Case Management Conference in Courtroom 8, 4th Floor, San Jose, at 10:00 a.m.

DATED: September 20, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
STEVEN J. SALTIEL
Assistant United States Attorney

DATED: September 20 2006

HOOPER, LUNDY & BOOKMAN, INC.

/s/
JON P. NEUSTADTER
Attorneys for Plaintiffs

STIPULATION REQUESTING CONTINUANCE
No. C 06-3302 JW RS

1 **[PROPOSED] ORDER**

2 Good cause having been shown, IT IS HEREBY ORDERED THAT the Initial Case
3 Management Conference and related deadlines are continued as follows:

4 November 27, 2006: Last day to meet and confer regarding early settlement and ADR
5 process selection; file ADR Certification; file either Stipulation to
6 ADR Process or Notice of Need for ADR Phone Conference.

7 December 11, 2006: File Joint Case Management Statement.

8 December 18, 2006: Initial Case Management Conference in Courtroom 8, 4th Floor,
9 San Jose, at 10:00 a.m.

10 IT IS SO ORDERED.

11 DATED: September 20th, 2006

12
13 HON. JAMES WARE
United States District Judge

STIPULATION REQUESTING CONTINUANCE
No. C 06-3302 JW RS