**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10   Community Hospital of the Monterey        NO. C 06-03302 JW
     Peninsula,
11                                              **ORDER VACATING CASE**
                 Plaintiff,                     **MANAGEMENT CONFERENCE;**
12        v.                                    **SCHEDULING STATUS CONFERENCE**

13   Michael O. Leavitt, Secretary of the United
     States Department of Health and Human
14   Services,
                 Defendant.
15   _____/

16        A Case Management Conference in this matter was scheduled for December 18, 2006 at 10

17   AM.  Pursuant to the parties' Case Management Statement, the Court VACATES the Case

18   Management Conference and schedules a status conference for **Monday, March 19, 2007 at 10**

19   **AM.**  The parties shall submit a joint status report by **Friday, March 9, 2007**.

20
21   Dated:  December 13, 2006

22                                              JAMES WARE
                                                United States District Judge
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan P. Neustadter jneustadter@health-law.com
Steven J. Saltiel Steven.Saltiel@usdoj.gov

**Dated:  December 13, 2006**                    **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

United States District Court
For the Northern District of California