IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Community Hospital of The Monterey Peninsula, | NO. C 06-03302 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| Michael O'Leavitt, | |
| Defendant. | |

A status conference in this matter was scheduled for March 19, 2007. Pursuant to the parties' Joint Status Report, the Court continues the status conference to July 23, 2007. The parties shall submit an updated joint status report by July 13, 2007. In light of this Order, Plaintiff's counsel's request to appear telephonically is denied as moot.

Dated: March 15, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jonathan P. Neustadter jneustadter@health-law.com
Steven J. Saltiel Steven.Saltiel@usdoj.gov

**Dated:  March 15, 2007**                           **Richard W. Wieking, Clerk**

                                                                          **By:  /s/ JW Chambers**
                                                                                    **Elizabeth Garcia**
                                                                                    **Courtroom Deputy**