JON P. NEUSTADTER (State Bar No. 172348)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8151
Facsimile: (310) 551-8181
E-Mail: Jneustadter@health-law.com

Attorneys for Plaintiff



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | CASE NO. C 06-3302 JW RS<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date: July 23, 2007<br>Time: 10 a.m.<br>Court: Courtroom 8, 4th Floor |

Pursuant to the Court's March 15, 2007 Order, the parties to the above-entitled action jointly submit this Status Report.

The Complaint in this case was filed on May 19, 2006, and the Defendant answered on October 30, 2006. On December 8, 2006, the parties submitted a Joint Case Management Statement that informed the Court that issues similar to those being addressed in this action are being addressed in a case currently pending in the U.S. District Court for the District of Columbia. The D.C. District Court case is entitled *In Re Medicare Reimbursement Litigation*, Case No. 1:03-mc-90. Pursuant to the parties' Joint Case Management Statement, the Court vacated the December 18, 2006 Case Management Conference and scheduled a March 19, 2007 Status

Conference with a Joint Status Report due to the Court by March 9, 2007.

The parties filed a Joint Status Report on March 8, 2007 that again advised the Court that settlement discussions were ongoing in the *In Re Medicare* case and that this case will possibly be a part of any such settlement. The Court granted the parties request for continuance of the March 19, 2007 status conference to July 23, 2007.

The purpose of this Joint Status Report is to inform the Court of the status of settlement negotiations in the *In Re Medicare* case, because, if such negotiations are successful, they may affect the resolution of the above-captioned action. Significant progress has been made in the settlement discussions since the parties' March 8, 2007 Joint Case Management Statement. The parties to the *In Re Medicare* case have reached an agreement in principle that expressly incorporates this case. If that agreement in principle is finalized, this case will be dismissed with prejudice without the need for any litigation or use of court resources. Although hard to predict, the settlement process might be successfully and formally concluded within two to four months from today. The reason the settlement process is taking significant time is that the negotiations involve hundreds of hospitals and, given the amounts at issue, the approval process requires input from the highest levels within the United States Departments of Justice and Health and Human Services. Therefore, the parties respectfully request that the Court continue any and all deadlines in this case for at least four months. Given the likelihood of finalizing the current settlement in principle of the *In Re Medicare* case and the likelihood that this case therefore need not be litigated, the parties request that the Court continue the Status Conference to November 26, 2007. The parties also request that the Court order the parties to submit another Joint Status Report on or before November 16, 2007 in order to report on the status of the *In Re Medicare* case.

1  If the Court does not continue the Status Conference, then, pursuant to Local
2  Rule 16-10(a), Plaintiff requests to appear telephonically.
3
4  DATED: July 12, 2007                    SCOT N. SCHOOLS
                                           United States Attorney
5
6                                          By:_____/s/_____
7                                              STEVEN J. SALTIEL
                                               Assistant United States Attorney
8                                              Attorney for Defendant
9
10 DATED: July 12, 2007                    HOOPER, LUNDY & BOOKMAN, INC.
11
12                                         By:_____/s/_____
13                                             JON P. NEUSTADTER
                                               Attorneys for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1033400.1

3
JOINT CASE MANAGEMENT STATEMENT

# [PROPOSED] ORDER

A Status Conference in this matter was scheduled for July 23, 2007 at 10 AM. Pursuant to the parties' Joint Status Report, the Court CONTINUES the Status Conference to **Monday, November 26, 2007 at 10 AM.** The parties shall submit a joint status report by **Friday, November 16, 2007.**

This is the parties' last continuance. Plaintiff's counsel is on notice that the Court cannot accommodate telephonic appearances.

Dated: July 17, 2007

*/s/ James Ware*

JAMES WARE
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On July 12, 2007, I served the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Kevin V. Ryan, Esq.
United States Attorney
Joann M. Swanson
Chief, Civil Division
Steve J. Saltiel
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Jonathan P. Neustadter, Esq.
Hooper, Lundy & Bookman
1875 Century Park East, 16th Fl.
Los Angeles, CA  90067

**BY MAIL:** I am "readily familiar" with Hooper, Lundy & Bookman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2007, at Los Angeles, California.

_____/s/_____
Jodee Jones