JON P. NEUSTADTER (State Bar No. 172348)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8151
Facsimile: (310) 551-8181
E-Mail: Jneustadter@health-law.com

Attorneys for Plaintiff



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | CASE NO. C 06-3302 JW RS<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date: December 3, 2007<br>Time: 10 a.m.<br>Court: Courtroom 8, 4th Floor |

Pursuant to the Court's July 17, 2007 Order, as modified by the Court's October 31, 2007 Order, the parties to the above-entitled action jointly submit this Status Report.

The parties recognize that this Court has indicated that the December 3, 2007 Status Conference may not be continued and that all counsel need to be physically present in court for the Status Conference. However, as explained below, the parties respectfully request one more continuance because it would be extremely inefficient for the parties to begin litigating this case in any manner since this action is very likely to be settled and dismissed with prejudice by early next year.

The Complaint in this case was filed on May 19, 2006, and the Defendant

answered on October 30, 2006. On December 8, 2006, the parties submitted a Joint Case Management Statement that informed the Court that issues similar to those raised in this action are being addressed in numerous cases currently pending in the U.S. District Court for the District of Columbia. The D.C. District Court cases are consolidated under the caption *In Re Medicare Reimbursement Litigation*, Case No. 1:03-mc-90. Pursuant to the parties' Joint Case Management Statement, the Court vacated the December 18, 2006 Case Management Conference and scheduled a March 19, 2007 Status Conference with a Joint Status Report due to the Court by March 9, 2007.

The parties filed a Joint Status Report on March 8, 2007 that again advised the Court that settlement discussions were ongoing in the *In Re Medicare* case and that this case might be a part of any such settlement. The Court granted the parties request for continuance of the March 19, 2007 status conference to July 23, 2007.

The parties filed another Joint Status Report on July 12, 2007 asking for another continuance in light of ongoing settlement discussions in the D.C. District Court case. The Court granted the continuance and indicated that no further continuances would be granted and that all counsel need to be physically present at the Status Conference, which is now scheduled for December 3, 2007.

The purpose of this Joint Status Report is to inform the Court of the status of settlement negotiations in the *In Re Medicare* cases, because those negotiations are intended to resolve the above-captioned action, along with the many D.C. District Court cases. Significant progress has been made in the settlement discussions since the parties' July 12, 2007 Joint Case Management Statement. The litigating attorneys in the *In Re Medicare* case have reached an agreement in principle that expressly incorporates this case. The attorneys in the *In Re Medicare* cases recently informed the presiding district court judge, the Honorable Paul L. Friedman, that counsel would be submitting their agreed settlement for final approval by the United States Department of Justice and the other parties to the litigation. If that agreement

1  in principle is finalized, this case will be dismissed with prejudice without the need
2  for any litigation or use of court resources.
3     Although hard to predict, the settlement approval process may be successfully
4  and formally concluded within two months from today. Given the large number of
5  hospitals and the substantial amounts at issue in the consolidated D.C. District Court
6  cases, the settlement approval process requires input from the highest levels within
7  the United States Departments of Justice and Health and Human Services.
8     Therefore, the parties respectfully request that the Court continue any and all
9  deadlines in this case for at least three months. Given the likelihood of finalizing
10 the current settlement in principle of the *In Re Medicare* case and the likelihood that
11 this case therefore need not be litigated, the parties request that the Court continue
12 the Status Conference to March 17, 2008. The parties also request that the Court
13 order the parties to submit another Joint Status Report on or before March 7, 2008 in
14 order to report on the status of the *In Re Medicare* cases and the above-captioned
15 action.

DATED: November 14, 2007            SCOTT N. SCHOOLS
                                     United States Attorney


                                     By:____/s/_____
                                        SARA WINSLOW
                                        Assistant United States Attorney
                                        Attorney for Defendant



DATED: November 14, 2007            HOOPER, LUNDY & BOOKMAN, INC.


                                     By:____/s/_____
                                        JON P. NEUSTADTER
                                        Attorneys for Plaintiff

1039198.2

3
JOINT CASE MANAGEMENT STATEMENT

[~~PROPOSED~~] ORDER

A Status Conference in this matter was scheduled for December 3, 2007 at 10 AM. Pursuant to the parties' Joint Status Report, the Court CONTINUES the Status Conference to **Monday, March 17**, 2008 at 10 AM. The parties shall submit a joint status report by **Friday, March 7**, 2008.

Dated:  November 28, 2007

*James Ware*

JAMES WARE
United States District Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On November 14, 2007, I served the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Scott N. Schools, Esq.<br>United States Attorney<br>Joann M. Swanson<br>Chief, Civil Division<br>Sara Winslow<br>Assistant United States Attorney<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 | Jonathan P. Neustadter, Esq.<br>Hooper, Lundy & Bookman<br>1875 Century Park East, 16th Fl.<br>Los Angeles, CA 90067 |

**BY MAIL:** I am "readily familiar" with Hooper, Lundy & Bookman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2007, at Los Angeles, California.

/s/
Jodee Jones