1  JON P. NEUSTADTER (State Bar No. 172348)
   **HOOPER, LUNDY & BOOKMAN, INC.**
2  1875 Century Park East, Suite 1600
   Los Angeles, California 90067-2517
3  Telephone: (310) 551-8151
   Facsimile: (310) 551-8181
4  E-Mail: Jneustadter@health-law.com

5  Attorneys for Plaintiff

6

7

8            **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN JOSE DIVISION**

11

12  COMMUNITY HOSPITAL OF THE       CASE NO. C 06-3302 JW RS
    MONTEREY PENINSULA,
13                                  **[PROPOSED] ORDER DISMISSING
            Plaintiff,              CASE WITH PREJUDICE AND
14                                  VACATING MARCH 17, 2008
        vs.                         STATUS CONFERENCE**
15
    MICHAEL O. LEAVITT, Secretary of
16  the United States Department of Health
    and Human Services,
17
            Defendant.
18

19

20       All parties in this lawsuit having filed a Joint Stipulation of Settlement and

21  Dismissal with Prejudice, the Court hereby Orders that:

22       1.    the currently scheduled March 17, 2008 Status Conference is vacated;

23  and

24       2.    this case is dismissed with prejudice.

25       The Clerk shall close this file.

26
    Dated: March 12, 2008
27                                       _____
                                         JAMES WARE
28                                       United States District Judge



IT IS SO ORDERED

*James Ware*

Judge James Ware

1044614.1

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On  March 12, 2008, I served the following document(s) described as **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE AND VACATING MARCH 17, 2008 STATUS CONFERENCE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Scott N. Schools, Esq.              Jon P. Neustadter, Esq.
United States Attorney              Hooper, Lundy & Bookman
Joann M. Swanson                   1875 Century Park East, 16th Fl.
Chief, Civil Division              Los Angeles, CA  90067
Sara Winslow
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

**BY MAIL:** I am "readily familiar" with Hooper, Lundy & Bookman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2008, at Los Angeles, California.


_____/s/_____
Jodee Jones